**Order entered October 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01094-CV

**THE STATE OF TEXAS, Appellant**

**V.**

**AVB PARTNERS, LTD., A TX LTD. PARTNERSHIP, ET AL., Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-264-2013**

## ORDER

We **GRANT** appellant's October 14, 2014 unopposed motion for an extension of time to file a brief. Appellant shall file its brief by **NOVEMBER 18, 2014**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE